UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 0 8 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA, )
     Plaintiff, )
        )
   v.       )
        )   Criminal No. 05-00400-01 (PLF/AK)
HOWARD E. CAGLE,    )
     Defendant.  )
        )

## REPORT AND RECOMMENDATION ON MODIFICATION OF SUPERVISED RELEASE

At a hearing held on March 2, 2010, all parties consented to the modification of

Defendant's conditions of supervised release and there being no objection thereto, accordingly on

this 2nd day of March, 2010, IT IS RECOMMENDED THAT the Defendant's conditions of

supervised release be modified to include: The Defendant shall participate and complete no more

than 180 days in the Residential Reentry Center placement as directed by the United States

Probation Office; cost to be waived. In addition, the Defendant will be released to the 3rd party

Custody of the United States Probation Office upon designation to the Residential Reentry

Center.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this

report may waive your right of appeal from an order of the District Court adopting such findings

and recommendations. *See Thomas v. Arn,* 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the conditions of Defendant's supervised

release be modified and there being no objection thereto, IT IS ORDERED that the

recommendation of the Magistrate Judge is accepted.

DATED: _Mond 5_, 2010

_____
UNITED STATES DISTRICT COURT JUDGE